# Invoice 175556


175556

## Giant Auto Parts
661 Tallmadge Ave.
Akron, OH 44310
(330)434-8151 / (800)686-9000
www.giantautoparts.net

Page 1 of 1

Workorder 175966

**Bill To:**
JERRY MUHAMMAD
51 SPRUCE STREET
AKRON, OH 44304
330-606-8328

**Ship To:**
JERRY MUHAMMAD
51 SPRUCE STREET
AKRON, OH 44304
330-606-8328

Phone Number:

| Date Ordered | Date Shipped | Due Date | Ordering Dept | Customer PO | Dismantler | Core Outright | R/O | Truck | Salesperson |
|---|---|---|---|---|---|---|---|---|---|
| 5/30/2017 | 5/30/2017 | 5/31/2017 | | | | | | | ART |

| Tag Number | Item Detail | Stock Number | Amount |
|---|---|---|---|
| | TRANSMISSION ASSY.<br>1 EAGLE (Extra Sale) 84 Int.2035 AT<br>#0002 | DAVID | 550.00 T |
| | TORQUE CONVERTER<br>2 EAGLE (Extra Sale) 84 Int.339<br>#0002 | REBUILT | 150.00 T |

**Invoice Notes**
SIX MONTH PART WARRANTY

| | |
|---|---|
| Parts | $700.00 |
| Warranty | $0.00 |
| Total Shipping | $0.00 |
| Sales Tax | $47.25 |
| Total | $747.25 |
| Deposit | $0.00 |
| Amount Paid | $747.25 |
| Amount Due | $0.00 |
| Payment Method | Cash |

Doc # : 0

10:59 am
90 DAY PARTS WARRANTY NO LABOR
NO REFUNDS EXCHANGE ONLY

Signature

| Invoice | Giant Auto Parts | Page 1 of 1 |
|---|---|---|
| 175774 | 661 Tallmadge Ave. | |
|  | Akron, OH 44310 | Workorder |
| 175774 | (330)434-8151 / (800)686-9000 | 176207 |
| | www.giantautoparts.net | |

**Bill To:**

JERRY MUHAMMAD
51 SPRUCE STREET
AKRON, OH 44304
330-606-8328

**Ship To:**

JERRY MUHAMMAD
51 SPRUCE STREET
AKRON, OH 44304
330-606-8328

Phone Number:

| Date Ordered | Date Shipped | Due Date | Ordering Dept | Customer PO | Dismantler | Core Outright | R/O | Truck | Salesperson |
|---|---|---|---|---|---|---|---|---|---|
| 7/15/2017 | 7/15/2017 | 7/16/2017 | | | | | | | ART |

**Tag Number**

| Item Detail | Stock Number | Amount |
|---|---|---|
| TRANSMISSION ASSY. 1 CHEROK (Extra Sale) 84 Int.2082 AT #0001 | REPAIR | 75.00 T |
| TRANSMISSION ASSY. 2 CHEROK (Extra Sale) 84 Int.2082 AT #0001 | LINES | 112.35  ~~125.00~~ T |

**Invoice Notes**

TRANS PARTS
TRANS LINES INSTALLED

| | | |
|---|---|---|
| Parts | 187.35 | ~~$200.00~~ |
| Warranty | | $0.00 |
| Total Shipping | | $0.00 |
| Sales Tax | 12.65 | ~~$13.50~~ |
| Total | 200.00 cash | ~~$213.50~~ |
| Deposit | | $0.00 |
| Amount Paid | 200 | ~~$213.50~~ |
| Amount Due | | $0.00 |
| Payment Method | | Cash |

Doc # : 0

03:47 pm
90 DAY PARTS WARRANTY NO LABOR
NO REFUNDS EXCHANGE ONLY

Signature



**Highland Towing**
2265 W Market St Akron, Ohio 44313
330-836-7247  Fax 330-475-0656



| License # | Phone | Odometer | Date |
|---|---|---|---|
|  | 330 606 8329 |  | 7/21/17 |

| Name | VIN # |
|---|---|
| JERRY |  |

| Driver's Name | Truck |
|---|---|
| BRAD - 330-400-762 | 26 |

| Year | Make | Model | Color |
|---|---|---|---|
| 84 | AMC |  | WHITE |

| Auto Club: | Overage | Paid By |
|---|---|---|
| Allstate |  | (20 miles) covered for $100.00 |

| Miles To: | Billable Enroute: | PO # |
|---|---|---|
| 13 Miles |  | 1036461775 |

| Miles Towed: | Billable Towed: | Pick-Up |
|---|---|---|
|  |  | 944 BROWN ST. |

| Service Performed: | Billable Service: | Drop-Off |
|---|---|---|
| FLAT BED |  | 51 SPRUCE |